IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MONIQUE SMITH | ) | |
| | ) | |
| v. | ) | No. 3:14-01248 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court is a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (Docket No. 1), filed by the Movant/Petitioner, pro se. The Court has conducted a preliminary review of the filing and finds that the Petitioner has stated at least one colorable claim for relief. Rule 4, Rules Governing § 2255 Cases. Accordingly, the Respondent shall file an answer, plead or otherwise respond to the Motion in conformance with Rule 5 of the Rules Governing § 2255 Cases within sixty (60) days of the date of entry of this Order on the docket.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE