IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MONIQUE SMITH | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:14-01248 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

## ORDER

The Order entered on June 2, 2014 as Docket No. 4 is VACATED. The deadline set forth in the Order at Docket No. 3 remains applicable.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE