IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MONIQUE SMITH | ) | |
| | ) | |
| v. | ) | No. 3:14-01248 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court is the Government's Motion To Dismiss (Docket No. 11). The Petitioner shall file any response in support of his Motion To Vacate (Docket Nos. 1,2) on or before July 25, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE